(Reap. Dec. 10655)

AMCO CUSTOM BROKERAGE CO. *v.* UNITED STATES

Entry No. 25620.

(Decided on rehearing [not published] December 26, 1963)

*William M. Marutani* for the plaintiff.
*John W. Douglas,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: Counsel for the respective parties have submitted this appeal for reappraisement for decision on a written stipulation, reading as follows:

It is hereby stipulated by the undersigned, subject to the approval of the Court:

1. That the involved book, "Historectomy", by W. Gifford Jones, is in the English language, and of *bona fide* foreign authorship.

2. That books such as the foregoing appear on the Final List, T.D. 54521.

3. That at the time of exportation, such books were freely offered for sale and sold for home consumption in Canada at Canadian $3.95 per copy, less 40% discount, packed, in accordance with the provisions of section 402a(c) of the

Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, and that there was no higher export value.

4. That the appeal for reappraisement is submitted for decision upon the foregoing stipulation.

On the agreed facts, I find that the proper basis for appraisement of the books in question is foreign value, as defined in section 402a(c) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956 (T.D. 54165), and hold that such statutory value therefor is $3.95 per copy (Canadian currency), less 40 per centum discount, packed.

Judgment will be rendered accordingly.